```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
       :
SHANDEL LAMM,       :
       :
            Plaintiff,       :
       :       20-CV-8193 (JPC)
     -v-       :
       :       ORDER
EQUIFAX INFORMATION SERVICES, LLC,       :
       :
            Defendant.       :
       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      It is hereby ORDERED that this case is stayed until January 8, 2021, by which date the parties must submit a joint status letter updating the Court on the status of settlement discussions. If this case has been settled or otherwise terminated counsel are not required to submit such letter, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF Filing Event. See SDNY ECF Rules & Instructions §§ 13.17-13.19, available at http://nysd.uscourts.gov/ecf_filing.php.

      The Initial Pretrial Conference scheduled for December 17, 2020 at 3:00 p.m. is adjourned *sine die*.

      SO ORDERED.

Dated: November 24, 2020
       New York, New York
                                                        JOHN P. CRONAN
                                                        United States District Judge